UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00471-DLJ-7 |
| Plaintiff, | |
| v. | ORDER PERMITTING VINCENT CHARLES KERSHAW TO TRAVEL TO RIVER FALLS, WISCONSIN |
| VINCENT CHARLES KERSHAW, | |
| Defendant. | [PROPOSED] |

Having read and considered the captioned unopposed Application and heard the representations of defense counsel for Mr. Kershaw, IT IS HEREBY ORDERED Mr. Kershaw may travel to River Falls, Wisconsin, on August 21, 2013. It is further ORDERED Mr. Kershaw shall return to District of Colorado on August 25, 2013.

Dated: July 10, 2013

Honorable Paul S. Grewal
United States Magistrate Judge

Proposed Order Permitting Travel to River Falls, Wisconsin.
CR-11-00471-DLJ-7